# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0088

VERSUS

RICHARD B. LAY                                        **MARCH 02, 2021**

---

In Re:   Richard B. Lay, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No. 11-
         CR5-112033.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                              JMG
                              PMc
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT